IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10142
Conference Calendar

_____

BILLY WAYNE HORTON,

Plaintiff-Appellant,

versus

WARDEN HUDSON; LESLIE
WAGES; MRS. SANDERS;
RALPH HENSLEY, also known
as John Doe,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:94-CV-6-J
- - - - - - - - - -
February 10, 1998

Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Texas prisoner Billy Wayne Horton, No. 541200, is BARRED

from proceeding in forma pauperis (IFP) under the Prison

Litigation Reform Act of 1995 (PLRA) because, while incarcerated,

Horton has brought at least three prior actions in the United

States district courts that were dismissed as frivolous and such

dismissals were affirmed by this court. See Horton v. Wright,

No. 92-1643 (5th Cir. Mar. 16, 1993); Horton v. County of Dallas,

No. 92-1580 (5th Cir. Apr. 20, 1993); Horton v. Bowles, No. 95-

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

10133 (5th Cir. Aug. 25, 1995). <u>See</u> 28 U.S.C. § 1915(g);

<u>Adepegba v. Hammons</u>, 103 F.3d 383, 388 (5th Cir. 1996).

Accordingly, Horton's IFP status is DECERTIFIED, and he may not

proceed IFP in any civil action or appeal filed while he is in

prison unless he is under imminent danger of serious physical

injury. 28 U.S.C. § 1915(g). The appeal is DISMISSED.

Should he wish to reinstate his appeal, Horton has 15 days

from the date of this opinion to pay the full appellate filing

fee of $105 to the clerk of the district court.

Horton's motion for the preparation of a transcript at

government expense is DENIED as moot.

IFP DECERTIFIED; APPEAL DISMISSED.